KUMPE *v.* HALL, sheriff, *et al.* (two cases).

GILBERT, J. The court did not err in remanding the prisoner to the custody of the sheriff. A substantial compliance with the provisions of the Penal Code (1910), §§ 904, 906, with reference to affidavits and war-

rants for the arrest of offenders against the penal laws, and the form of such warrants, is all that is required. *Williams* v. *State,* 107 *Ga.* 693, 694 (33 S. E. 641); *Brown* v. *State,* 109 *Ga.* 570 (2) (34 S. E. 1031); Kansas *v.* White, 76 Kan. 654 (92 Pac. 820, 14 L. R. A. (N. S.) 556). *Judgment affirmed. All the Justices concur.*

Nos. 6735, 6736. November 14, 1928.

286

*Charles W. Anderson,* for plaintiff.